IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, NATHAN JEROME MASON,

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| NATHAN JEROME MASON, | ) Case No.: CV 13-5626 JCG |
| Plaintiff, | ) [~~PROPOSED~~] ORDER |
| vs. | ) AWARDING EAJA FEES |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) HON. JAY C. GANDHI ) UNITED STATES MAGISTRATE |
| Defendant. | ) JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of THREE THOUSAND TWO HUNDRED DOLLARS ($3,200.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: April 7, 2014

_____
HON. JAY C. GANDHI
UNITED STATES MAGISTRATE
JUDGE